■ In the Matter of DENNIS GOODMAN, Petitioner, v WILLIAM KAPELMAN et al., Respondents.—Application for an order, pursuant to CPLR article 78, in the nature of a writ of prohibition, unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Lupiano, J. P., Birns, Evans and Capozzoli, JJ.

■ WORKMEN'S CIRCLE HOME AND INFIRMARY FOUNDATION FOR THE AGED, NEW YORK STATE BRANCHES, INC., Respondent, v JOSEPH BLUMENKRANZ et al., Practicing Under the Name of BLUMENKRANZ & BERNHARD, Appellants.—Judgment, Supreme Court, New York County, entered on April 22, 1977, unanimously affirmed. Petitioner-respondent shall recover of respondents-appellants $40 costs and disbursements of this appeal. Appeal from order, Supreme Court, New York County, entered on June 24, 1977, unanimously dismissed, as nonappealable, without costs and without disbursements. Concur—Silverman, J. P., Evans, Lane and Markewich, JJ.

■ PROJECTIVISION, INC., et al., Appellants, v CHARLES CAFIERO et al., Respondents.—Order, Supreme Court, New York County, entered on June 24, 1977, unanimously affirmed. Respondents shall recover of appellants $40 costs and disbursements of this appeal. Appellants shall produce documents within 21 days after service upon them by respondents of a copy of the order herein with notice of entry at a time and place to be mutually agreed upon. No opinion. Concur—Silverman, J. P., Evans, Lane and Markewich, JJ.

■ HERBERT NIEBURGS, Appellant, v TAMARA NIEBURGS, Respondent.— Order, Supreme Court, New York County, entered May 17, 1977, granting defendant's motion for temporary alimony and counsel fees, unanimously modified, on the law and the facts, effective on the date of service of a complaint, to reduce alimony to $250 per week and to reduce the counsel fee to $2,500, to include services rendered on this appeal, and otherwise affirmed, without costs and without disbursements. The award of temporary alimony and interim counsel fee are excessive to the extent indicated. Concur—Silverman, J. P., Evans, Lane and Markewich, JJ.

■ In the Matter of TONI MINETT, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Application, pursuant to section 298 of the Executive Law, unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Silverman, J. P., Evans, Lane and Markewich, JJ.

■ SHAHEEN NATURAL RESOURCES COMPANY et al., v ATLANTIC TRADING (DELAWARE) CORP.—Motion to vacate so much of the order of this court entered on June 14, 1977 (58 AD2d 532) as affirmed the dismissal of the second cause of action in the complaint, denied. Concur—Lupiano, J. P., Silverman, Markewich and Yesawich, JJ.